■ MARY P. ROGGENBURG, Respondent, v ROCKEFELLER CENTER, INC., Appellant, et al., Defendant.—

Questions of fact exist as to the title ownership of the premises. Plaintiff has established that, at one time, the premises were owned by a corporation named Rockefeller Center, Inc. While the present defendant denies that it is the same corporation, no evidence has been adduced regarding whether a corporate entity of the same name existed in the past or whether the present defendant is related to a prior corporation of the same name. Under these circumstances, the motion was properly denied. Concur—Kupferman, J. P., Milonas, Asch, Wallach and Rubin, JJ.